AO91 (Rev. 12/03) Criminal Complaint         AUSA         **FILED**

## UNITED STATES DISTRICT COURT

NOV 20 2024

Western District Of Texas Del Rio Division

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**UNITED STATES OF AMERICA**
vs.

Anas B A SALAMA

**CRIMINAL COMPLAINT**

Case Number: DR-24-3431mj

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 10, 2024 in Maverick County, in the Western District Of Texas defendant(s), an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On or about November 10, 2024, the defendant, SALAMA, ANAS B A, an alien who is a native and citizen of Saudi Arabia, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Brown, Wesley
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 20, 2024                     at   Del Rio, Texas
Date                                         City/State

Matthew Watters           U.S. Magistrate Judge
Name of Judge             Title of Judge         Signature of Judge