AO-442(REV.12/85)

# United States District Court

FILED
NOV 20 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Western District Of Texas

UNITED STATES OF AMERICA
V.

Anas B A SALAMA
AKA

WARRANT FOR ARREST

CASE NUMBER: DR24-3431M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Anas B A SALAMA</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation

charging him or her with (brief description)
On or about November 10, 2024, the defendant, SALAMA, ANAS B A, an alien who is a native and citizen of Saudi Arabia, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

in violation of Title __8__ United States Code, Section(s) 8 1325(a)(1)

| | |
|---|---|
| Matthew Watters<br>Name of Issuing Officer | U.S. Magistrate Judge<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | 11/20/2024   Del Rio, Texas<br>Date and Location |
| Bail fixed at $ Detain | by  Hon. Matthew Watters [signature]<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Del Rio, Texas

| Date Received<br>11/20/2024 | Name and Title of Arresting Officer<br>Brown, Wesley<br>Agent | Signature of Arresting Officer<br>[signature] |
|---|---|---|
| Date of Arrest<br>November 10, 2024 | | |