# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | |
| § | Case Number: DR:24-M -03431(1) |
| (1) Anas B A Salama § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Robert Garza, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED on 26th day of November, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE