UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | Case Number:  DR:24-M -03431(1) |
| **(1) Anas B A Salama** | § § | |

### ORDER RESETTING DETENTION HEARING-ARABIC (Final Continuance)

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 1:30 PM, in Courtroom 4, on the Third Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on December 10, 2024.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

      IT IS SO ORDERED this 3rd day of December, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE