UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | }{ |
| | }{ |
| vs. | }{ Case No. DR-24-M-03431 (01) |
| | }{ |
| ANAS B A SALAMA | }{ |

### WAIVER OF PRELIMINARY EXAMINATION AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

**Preliminary Hearing**

I, **ANAS B A SALAMA**, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Federal Rules of Criminal Procedure, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, **ANAS B A SALAMA**, el inculpado en una acusacion pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendose con el reglamento 5 or 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

X _____
DEFENDANT

**Detention Hearing**

I, **ANAS B A SALAMA**, have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the Court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

Tambien me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibira pruebas para poder determinar si seguire detenido sin fianza, or sime fijaran fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguire detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

Date: 12/04/2024

X _____
DEFENDANT

_____
COUNSEL FOR DEFENDANT