## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number:  DR:24-M -03431(1) |
| § | |
| (1) Anas B A Salama § | |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Anas B A Salama, a hearing was set for December 10, 2024.

Robert Garza was appointed to represent the defendant.  On December 5, 2024, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney and the defendant waiving the hearing and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 5th day of December, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE